[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
July 16, 2008
THOMAS K. KAHN
CLERK

No. 07-15981
Non-Argument Calendar

_____

D. C. Docket No. 07-00059-CR-WDO-5

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

WILLIAM LEE HAGANS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

**(July 16, 2008)**

Before ANDERSON, BARKETT and HULL, Circuit Judges.

PER CURIAM:

John R. Francisco, appointed counsel for William Lee Hagans in this appeal,

has moved to withdraw from further representation of the appellant and has filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Hagans's conviction and sentence are **AFFIRMED**.